# Piper Rudnick



6225 Smith Avenue
Baltimore, Maryland 21209-3600
main 410.580.3000  fax 410.580.3001

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 FEB 10  P 3: 24

PAOLO MORANTE
paolo.morante@piperrudnick.com
direct 410.580.4805  fax 410.580.3805

_____ DEPUTY

February 6, 2003

HAND DELIVERY

Hon. William M. Nickerson
United States District Judge
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re:   *Polk Audio, Inc. ("Polk Audio") v. Audio Video Creations, Inc. ("AVC")*
            Civ. No. WMN-02-3133

Dear Judge Nickerson:

    On behalf of Polk Audio, I write to advise the Court that counsel for AVC, Alfred L. Scanlan, Jr., has authorized me to request a mediation conference before a U.S. Magistrate Judge in this case. Based on the recent success of the settlement conferences in similar suits by Polk Audio against former authorized dealers, the parties request that representatives of the parties with decision-making authority be required to be present at the conference and that the Hon. Susan K. Gauvey preside.

    Although the parties do not wish to request a stay of proceedings at this time, the parties respectfully also request jointly an extension of the pending scheduling order, as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re: experts | March 7, 2003 |
| Defendant's Rule 26(a)(2) disclosures re: experts | April 10, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts | April 24, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | April 30, 2003 |

APPROVED
[signature] William Nickerson
SENIOR UNITED STATES JUDGE
10th DAY OF February, 03

# Piper Rudnick

Hon. William M. Nickerson
February 6, 2003
Page 2

| | |
|---|---|
| **Discovery deadline:** **submission of status report** | May 23, 2003 |
| Requests for admission | May 30, 2003 |
| **Dispositive pretrial motions deadline** | June 20, 2003 |

Respectfully submitted,

*[signature]*

cc:  Al Scanlan (by facsimile and regular mail)
     Al Ballard (by regular mail)