# Piper Rudnick

6225 Smith Avenue
Baltimore, Maryland 21209-3600
*main* 410.580.3000 *fax* 410.580.3001

PAOLO MORANTE
paolo.morante@piperrudnick.com
*direct* 410.580.4805 *fax* 410.580.3805

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB 26  P 3: 40

AT BALTIMORE

_____ DEPUTY

February 24, 2003

U.S. MAIL

Hon. William M. Nickerson
United States District Judge
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re:    *Polk Audio, Inc. ("Polk Audio") v. Audio Video Creations, Inc. ("AVC")*
           Civ. No. WMN-02-3133

Dear Judge Nickerson:

    On behalf of Polk Audio, and with authority from counsel for Defendant AVC, I write to request respectfully that the current scheduling order be amended with respect to expert disclosures only, as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re: experts | April 15, 2003 |
| Defendant's Rule 26(a)(2) disclosures re: experts | April 29, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts | May 6, 2003 |

The remaining dates of the scheduling order would remain unchanged, as follows:

| | |
|---|---|
| Rule 26(e)(2) supplementation of disclosures and responses | April 30, 2003 |
| **Discovery deadline: submission of status report** | May 23, 2003 |

APPROVED THIS 26th DAY OF February, 2003

[signature]
SENIOR UNITED STATES DISTRICT JUDGE

Baltimore    Chicago    Dallas    Edison    Los Angeles    New York    Philadelphia    Reston    Tampa    Washington    www.piperrudnick.com
*Piper Rudnick LLP and related entities including an Illinois General Partnership*

# Piper Rudnick

Hon. William M. Nickerson
February 24, 2003
Page 2

|  |  |
|---|---|
| Requests for admission | May 30, 2003 |
| **Dispositive pretrial motions deadline** | June 20, 2003 |

Respectfully submitted,

cc: Al Scanlan (by facsimile and regular mail)
Al Ballard (by regular mail)