# EXHIBIT D

Case 1:02-cv-03133-WMN   Document 13-5   Filed 03/18/2003   Page 1 of 4

A/R CUSTOMER INQUIRY
Comments for Customer 1399 AUDIO VIDEO CREATIONS (I)

01-01-68  1-24-99 S\W STEVE HE SEND COPY OF INV W\OUT CK HE
SENT PAYMENT AFTER 430357+430315 -RM
8/9/99-per dgt-req f/dating on $7k ordr for dealer
apprvd under dec 10th parameters--rt
8-23-99 s\w steve he w\s ck for b\c -rm
2/8/00-review of acct indic dealer delq w/very old
inv even having recd ext dating frm last aug-sw
steve-he blamed situation on mis filing but asked
we fax over copies-prom to review & rtn call w/pyt
status-lm for mark richards to advs--rt
2/11/00-recd vm frm mark advsg that steve called
him & advsd he is sending pymt today-steve wanted
to know whether he could take his disc anyway-sent
vm reply to mark advsg that because we already
granted ext dating & inv are so old that we cannot
auth disc to be taken at this late point--rt
2-17-00 STEVE CALLED WE WENT THRU ALL THE P\D
INVS ALSO I FAX HIM ONE HE DID NOT HAVE 471313
AND HE SAID HE WOULD CALL ME BACK WITH PAYMENT
INFORMATION HE HE HAD TO GO THRU THEM AND CALL ME
BACK-RM
2/23/00-review of acct indic dealer did not pay as
mark richards had advsd nor does it appear he c/bk
after sw rosemary on 2/17-lm for steve to r/c and
also left detailed msg for mark richards--rt
2/24/00-per mark-sd he sw steve who promised to
overnight pymt in full for receipt by tomorrow--rt
2/25/00-sw steve-knows he sent a signed blank chk
and simply wants us to fill it in since he didnt
have time to match inv-volunteer to rtn it to him
for completion but he req we complete it instead-
filled in amt due of $11118+ and sent copy of ck
to him via cert mail-vm to mark advsg--rt
5/25/00-review of acct indic delq inv due 5/11
to present not yet pd-in addtn there is pending
order of $9500-lm for steve to r/c--rt
5/31/00-still no rtn call frm steve-left another
msg for steve to rtn call--rt
5/31/00-recd vm frm steve-sd three RMDS1 systems
have been call tagged bk to polk & that he is due
a $2k credit frm polk which means nothing is past
due on his acct-frwd vm frm steve to mark richards
and rosemary-req they both f/u to confirm $2k crdt
due dealer & pending rtns--rt
5/31/00-sw mark-sd he sw steve & gave him auth to
rtn (3) RMDS systems (apprx $4200)-never told him
he would get a $2k deduction & reiterated need for
steve to comply w/terms & pymt policies-we are p/u
systems per mark so credit should be issued near
future--rt
6/14/00-review of acct indic no rtns or pymt recd
despite marks discussions w/steve-lm for steve to
rtn call so we can discuss status which is now

past due-acct on HS--rt
6/15/00-attmptd to contact steve again-advsd that he is out of offc until monday--rt
6/19/00-still no call or pymt frm dealer-lm again for steve to rtn call-also sent out ltr advsg acct has been revised to COD terms (even if only temp)-lm for mark richards to advs as well--rt
6/20/00-sw mark-sd he sw dealer last night-sd dlr did in fact send bk apprx $4k worth of product but it has not yet been recd by FAC4-reminded dealer again about oblig to pay on time re of credit memo or rtn status-expects steve will be remitting pymt this wk for remaining bal due-agrees that dealer should be left on COD terms for short term w/goal of having dlr commit to pymt terms--rt
6/29/00-attmptd to obtain pymt status on several inv (apprx $10k)-was advsd that steve wouldnt be in until after 1pm & that he is only one who can respond to pymt inquiries-lm for rtn call--rt
6/29/00-sw steve-sd he just sent ck yesterday but doesnt know how much (believe only $4k)-still undr impression that he is entitled to $2k credit but admits mark may have advsd him we will carry it forward if given at all-req copies of all inv and summary of acct status-sent fax of all open inv & also copy of cr memo issued recently-net amt of total due $10599.86-also noted addtl inv due 7/1 which bring total due to $12404.01-cc mark on docu via email & noted large bal due--rt
7/17/00-no response to faxes or msgs-lm for bill advsg of our actions & sent f/dmd ltr to steve-has until wed 8/2 to pay $9177.94 in full--rt
7/17/00-per bill-sent urgent msg to mark richards req he resolve (?) situation w/dealer immed-it is doubtful mark can do much since it is dealer c/flw problems which are resulting in nonpymt of inv--rt
7/20/00-sw steve-sd he still needs to put together reconciliation of pprwk faxed 3 wks ago-plans on doing so by tomorrow pm-blames problems on expectg larger credits for rtns (he only sent bk 2 systems when he thought he had sent back 3) & the $2k he claims he was promised but was now told we will carry frwd-promised to call bk friday w/updated pymt status-lm for bill/mark to advs--rt
7/26/00-no rtn call frm steve-lm for r/c re pymt status--rt
7/27/00-still no r/c from steve-called & caught him in offc-sd he found two more RMDS1 systems he wants to rtn-assured him that while we will issue credit as soon as systems are recd (assuming propr RA process is followed) but right now we must have pymt in full-sd he wants to put pprwk together and sd he would call bk in a couple of hrs--rt

Polk Audio
A/R CUSTOMER INQUIRY
Comments for Customer 1399 AUDIO VIDEO CREATIONS (I)

7/31/00-no rtn call from steve-attmptd to contact but only got answ machine-lm for bill/mark advsg of our intent to proceed w/legal action come wed as stated in f/dmd ltr--rt
7/31/00-sw mark-sd steve will be out mon/tues but has scheduled personal mtg w/steve for wed am-told mark that he needs to p/u ck for total due in full during his visit or dealer will be terminated and legal action will ensue-mark understands & agrees completely-asked that we fax over documentation to his attn prior to mtg--rt
8/4/00-sw mark-sd steve was very difficult about what was owed & thought he should be entitled to his discounts AND not pay any interest-was willing to cut a ck for only $8k but mark talked him into writing ck for $8600 (not quite the $9178 quoted)-mark will FEDEX ck friday for receipt monday-we will decide what to do w/dealer upon clearance of ck-mark agrees--rt
8/4/00-sw mark-agreed to release one pr of RT1000s as replacement-call tag already issued for defectv pair-told him to have inside sale enter that pair under separate ordr since we cannot release any other product until ck is recd/clears bank--rt
8/7/00-recd ck#3252 $8577.94-sent to lckbx--rt
8/11/00-per carol-steve refused COD shpmt-sw steve and attmptd to find out what problem was-sd they were unprepared for COD shpmt & chgs-sd he would not do business w/polk under COD terms-advsd him that we would advs mark richards accrdgly--rt
8/14/00-per mark-steve is willing to make purchase of polk product on prepay (via credit card) terms-understands that he cannot juggle terms bk & forth but will maintain prepay via cr card-revised terms on acct & all pending ordrs--rt
7-09-02 final demand letter plus statement sent req. $38,096.78 due on 7-19-02 track #6184-9728-6573-rm
7-18-02 s\w Steve said that he gave the final demand letter to his lawyer -rm