# EXHIBIT E

```
CHG.CUSTOMERS       Custom Polk Audio Documentation            "CHG" Mode
Customer Number 1399         Customer Name AUDIO VIDEO CREATIONS (I)
              03 Co-op type                N
              04 Coop Percent
              05 MDF DFI Eligible ?        N
              06 MDF DFI Percent
              07 Eligible Sales Product Codes for MDF    Entries   0
        .01)
        .02)
        .03)
              08 MDF VIR ELIGIBLE ?        N
              09 Sales $ to Qualify
              10 VIR Program End Date
              11 % of Sales to Rebate
              12 MDF POA Eligible ?        N
              13 POA Program End Date
              14 % of Sales Dollars
              15 Polk Customer Comments
        .01) 5466 1602 1830 0026 Exp. 5/04
        .02) Cardholder - Mark Syetta
        .03)
              Entries    2
Change Which Field, END, TOP, \P .........
```

*Started paying with credit card on 8/14/00*