# EXHIBIT F



Citi(R) Cards
P.O. Box 6035
The Lakes, NV  89163-6035

220841141800

March 12, 2002

ARLENE SYETTA
731 WENWOOD DR
EAST MEADOW NY
11554-4941

ACCOUNT NUMBER
5466160218300026

Dear ARLENE SYETTA:

Thank you for contacting our Customer Service Center. I am writing in response to your inquiry about the transaction dated 11-FEB-02 in the amount of $14,156.52 made at POLK AUDIO INC    410-358-3600 MD with account number 5466160218300026.

You can assist me with this investigation for $14156.52 by promptly reviewing, completing, and returning this information to my attention. If I have not received your valuable response within 10 days of your receipt of this letter, I will assume the charge is correct and rebill your account.

The merchant who processed the charge you are questioning normally deals in mail/telephone order merchandise. A signed sales slip is not available for this transaction as these merchants submit transactions electronically.

"I did not authorize, nor did I authorize anyone else to make this charge."

To ensure that I can properly process your inquiry, please promptly sign and return this document.

Signature _Arlene Syetta_    Date _3-16-02_

A conditional credit has been placed on your account while I continue to investigate this matter on your behalf. Please respond within the next 10 days to: P.O. Box 6035, The Lakes, NV 89163-6035.

Sincerely,

S. Larson

S. Larson
Customer Service
Enc.
/ADVNMP--------/L1/NV/PH/BT/0001//4213-12MAR02/01254



CONFIDENTIAL
GP0003



Citi(R) Cards
P.O. Box 6035
The Lakes, NV 89163-6035

220841141800

March 12, 2002

ARLENE SYETTA
731 WENWOOD DR
EAST MEADOW NY
11554-4941

ACCOUNT NUMBER
5466160218300026

Dear ARLENE SYETTA:

Thank you for contacting our Customer Service Center. I am writing in response to your inquiry about the transaction dated 11-FEB-02 in the amount of $14,156.52 made at POLK AUDIO INC    410-358-3600 MD with account number 5466160218300026.

You can assist me with this investigation for $14156.52 by promptly reviewing, completing, and returning this information to my attention. If I have not received your valuable response within 10 days of your receipt of this letter, I will assume the charge is correct and rebill your account.

The merchant who processed the charge you are questioning normally deals in mail/telephone order merchandise. A signed sales slip is not available for this transaction as these merchants submit transactions electronically.

"I did not authorize, nor did I authorize anyone else to make this charge."

To ensure that I can properly process your inquiry, please promptly sign and return this document.
Signature _Arlene Syetta_   Date _3-16-02_

A conditional credit has been placed on your account while I continue to investigate this matter on your behalf. Please respond within the next 10 days to: P.O. Box 6035, The Lakes, NV 89163-6035.

Sincerely,

S. Larson
S. Larson
Customer Service
Enc.
/ADVNMP--------/L1/NV/PH/BT/0001//4213-12MAR02/01254

CONFIDENTIAL
GP0004

citi

Citi(R) Cards
P.O. Box 6035
The Lakes, NV  89163-6035



220841141900

March 12, 2002

ARLENE SYETTA
731 WENWOOD DR
EAST MEADOW NY
11554-4941

ACCOUNT NUMBER
5466160218300026

Dear ARLENE SYETTA:

Thank you for contacting our Customer Service Center. I am writing in response to your inquiry about the transaction dated 23-JAN-02 in the amount of $4,999.90 made at POLK AUDIO INC     410-358-3600 MD with account number 5466160218300026.

You can assist me with this investigation for $4999.90 by promptly reviewing, completing, and returning this information to my attention. If I have not received your valuable response within 10 days of your receipt of this letter, I will assume the charge is correct and rebill your account.

The merchant who processed the charge you are questioning normally deals in mail/telephone order merchandise. A signed sales slip is not available for this transaction as these merchants submit transactions electronically.

"I did not authorize, nor did I authorize anyone else to make this charge."

To ensure that I can properly process your inquiry, please promptly sign and return this document.

Signature _Arlene Syetta_____  Date _3-16-02_____

A conditional credit has been placed on your account while I continue to investigate this matter on your behalf. Please respond within the next 10 days to: P.O. Box 6035, The Lakes, NV 89163-6035.

Sincerely,



S. Larson
Customer Service
Enc.
/ADVNMP--------/L1/NV/PH/BT/0001//4156-12MAR02/01252

CONFIDENTIAL
GP0011

A member of ci

FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE



Citi(R) Cards
P.O. Box 6035
The Lakes, NV 89163-6035

220841141900

March 12, 2002

ARLENE SYETTA
731 WENWOOD DR
EAST MEADOW NY
11554-4941

ACCOUNT NUMBER
5466160218300026

Dear ARLENE SYETTA:

Thank you for contacting our Customer Service Center. I am writing in response to your inquiry about the transaction dated 23-JAN-02 in the amount of $4,999.90 made at POLK AUDIO INC     410-358-3600 MD with account number 5466160218300026.

You can assist me with this investigation for $4999.90 by promptly reviewing, completing, and returning this information to my attention. If I have not received your valuable response within 10 days of your receipt of this letter, I will assume the charge is correct and rebill your account.

The merchant who processed the charge you are questioning normally deals in mail/telephone order merchandise. A signed sales slip is not available for this transaction as these merchants submit transactions electronically.

"I did not authorize, nor did I authorize anyone else to make this charge."

To ensure that I can properly process your inquiry, please promptly sign and return this document.
Signature _Arlene Syetta_____ Date _3-16-02_____

A conditional credit has been placed on your account while I continue to investigate this matter on your behalf. Please respond within the next 10 days to: P.O. Box 6035, The Lakes, NV 89163-6035.

Sincerely,

S. Larson
S. Larson
Customer Service
Enc.
/ADVNMP--------/L1/NV/PH/BT/0001//4156-12MAR02/01252

CONFIDENTIAL
GP0012

A member of c

FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE



Citi(R) Cards
P.O. Box 6035
The Lakes, NV  89163-6035

PHOTO
NV02

2208411 142000

March 12, 2002

ARLENE SYETTA
731 WENWOOD DR
EAST MEADOW NY
11554-4941

ACCOUNT NUMBER
5466160218300026

Dear ARLENE SYETTA:

Thank you for contacting our Customer Service Center. I am writing in response to your inquiry about the transaction dated 15-FEB-02 in the amount of $2,963.16 made at POLK AUDIO INC       410-358-3600 MD with account number 5466160218300026.

You can assist me with this investigation for $2963.16 by promptly reviewing, completing, and returning this information to my attention. If I have not received your valuable response within 10 days of your receipt of this letter, I will assume the charge is correct and rebill your account.

The merchant who processed the charge you are questioning normally deals in mail/telephone order merchandise. A signed sales slip is not available for this transaction as these merchants submit transactions electronically.

"I did not authorize, nor did I authorize anyone else to make this charge."

To ensure that I can properly process your inquiry, please promptly sign and return this document.
Signature _Arlene Syetta_____ Date _3-16-02_____

A conditional credit has been placed on your account while I continue to investigate this matter on your behalf. Please respond within the next 10 days to: P.O. Box 6035, The Lakes, NV 89163-6035.

Sincerely,

S. Larson
S. Larson
Customer Service
Enc.
/ADVNMP--------/L1/NV/PH/BT/0001//4238-12MAR02/01255

CONFIDENTIAL
GP0019

A member of citi

FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE



Citi(R) Cards
P.O. Box 6035
The Lakes, NV 89163-6035

March 12, 2002

220841 142100

ARLENE SYETTA
731 WENWOOD DR
EAST MEADOW NY
11554-4941

ACCOUNT NUMBER
S466160218300026

Dear ARLENE SYETTA:

Thank you for contacting our Customer Service Center. I am writing in response to your inquiry about the transaction dated 22-JAN-02 in the amount of $6,549.52 made at POLK AUDIO INC    410-358-3600 MD with account number 5466160218300026.

You can assist me with this investigation for $6549.52 by promptly reviewing, completing, and returning this information to my attention. If I have not received your valuable response within 10 days of your receipt of this letter, I will assume the charge is correct and rebill your account.

The merchant who processed the charge you are questioning normally deals in mail/telephone order merchandise. A signed sales slip is not available for this transaction as these merchants submit transactions electronically.

"I did not authorize, nor did I authorize anyone else to make this charge."

To ensure that I can properly process your inquiry, please promptly sign and return this document.

Signature _Arlene Syetta_  Date _3-16-02_

A conditional credit has been placed on your account while I continue to investigate this matter on your behalf. Please respond within the next 10 days to: P.O. Box 6035, The Lakes, NV 89163-6035.

Sincerely,

S. Larson
Customer Service
Enc.
/ADVNMP--------/L1/NV/PH/BT/0001//4132-12MAR02/01251

FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE

CONFIDENTIAL
GP0026

A member of citi



Citi(R) Cards
P.O. Box 6035
The Lakes, NV 89163-6035



220841142100

March 12, 2002

ARLENE SYETTA
731 WENWOOD DR
EAST MEADOW NY
11554-4941

ACCOUNT NUMBER
5466160218300026

Dear ARLENE SYETTA:

Thank you for contacting our Customer Service Center. I am writing in response to your inquiry about the transaction dated 22-JAN-02 in the amount of $6,549.52 made at POLK AUDIO INC    410-358-3600 MD with account number 5466160218300026.

You can assist me with this investigation for $6549.52 by promptly reviewing, completing, and returning this information to my attention. If I have not received your valuable response within 10 days of your receipt of this letter, I will assume the charge is correct and rebill your account.

The merchant who processed the charge you are questioning normally deals in mail/telephone order merchandise. A signed sales slip is not available for this transaction as these merchants submit transactions electronically.

"I did not authorize, nor did I authorize anyone else to make this charge."

To ensure that I can properly process your inquiry, please promptly sign and return this document.

Signature _Arlene Syetta_    Date _3-16-02_

A conditional credit has been placed on your account while I continue to investigate this matter on your behalf. Please respond within the next 10 days to: P.O. Box 6035, The Lakes, NV 89163-6035.

Sincerely,

S. Larson

S. Larson
Customer Service
Enc.
/ADVNMP--------/L1/NV/PH/BT/0001//4132-12MAR02/01251



FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE

CONFIDENTIAL
GP0027

A member of c



Citi(R) Cards
P.O. Box 6035
The Lakes, NV  89163-6035

220841142200

March 12, 2002

ARLENE SYETTA
731 WENWOOD DR
EAST MEADOW NY
11554-4941

ACCOUNT NUMBER
5466160218300026

Dear ARLENE SYETTA:

Thank you for contacting our Customer Service Center. I am writing in response to your inquiry about the transaction dated 22-JAN-02 in the amount of $2,334.10 made at POLK AUDIO INC    410-358-3600 MD with account number 5466160218300026.

You can assist me with this investigation for $2334.10 by promptly reviewing, completing, and returning this information to my attention. If I have not received your valuable response within 10 days of your receipt of this letter, I will assume the charge is correct and rebill your account.

The merchant who processed the charge you are questioning normally deals in mail/telephone order merchandise. A signed sales slip is not available for this transaction as these merchants submit transactions electronically.

"I did not authorize, nor did I authorize anyone else to make this charge."

To ensure that I can properly process your inquiry, please promptly sign and return this document.

Signature _Arlene Syetta_____ Date__3-16-02____

A conditional credit has been placed on your account while I continue to investigate this matter on your behalf. Please respond within the next 10 days to: P.O. Box 6035, The Lakes, NV 89163-6035.

Sincerely,

S. Larson
S. Larson
Customer Service
Enc.
/ADVNMP--------/L1/NV/PH/BT/0001//4097-12MAR02/01250

CONFIDENTIAL
GP0034

A member of citi

FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE



Citi(R) Cards
P.O. Box 6035
The Lakes, NV  89163-6035

2208411142200

March 12, 2002

ARLENE SYETTA
731 WENWOOD DR
EAST MEADOW NY
11554-4941

ACCOUNT NUMBER
5466160218300026

Dear ARLENE SYETTA:

Thank you for contacting our Customer Service Center. I am writing in response to your inquiry about the transaction dated 22-JAN-02 in the amount of $2,334.10 made at POLK AUDIO INC    410-358-3600 MD with account number 5466160218300026.

You can assist me with this investigation for $2334.10 by promptly reviewing, completing, and returning this information to my attention. If I have not received your valuable response within 10 days of your receipt of this letter, I will assume the charge is correct and rebill your account.

The merchant who processed the charge you are questioning normally deals in mail/telephone order merchandise. A signed sales slip is not available for this transaction as these merchants submit transactions electronically.

"I did not authorize, nor did I authorize anyone else to make this charge."

To ensure that I can properly process your inquiry, please promptly sign and return this document.

Signature _Arlene Syetta_    Date _3-16-02_

A conditional credit has been placed on your account while I continue to investigate this matter on your behalf. Please respond within the next 10 days to: P.O. Box 6035, The Lakes, NV 89163-6035.

Sincerely,

_S. Larson_
S. Larson
Customer Service
Enc.
/ADVNMP--------/L1/NV/PH/BT/0001//4097-12MAR02/01250

CONFIDENTIAL
GP0035

A member of citi

FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE



Citi(R) Cards
P.O. Box 6035
The Lakes, NV 89163-6035

NEVADA
MAR 21 2002
MAIL OPENING

220841142300

March 12, 2002

ARLENE SYETTA
731 WENWOOD DR
EAST MEADOW NY
11554-4941

ACCOUNT NUMBER
5466160218300026

Dear ARLENE SYETTA:

Thank you for contacting our Customer Service Center. I am writing in response to your inquiry about the transaction dated 28-JAN-02 in the amount of $500.00 made at POLK AUDIO INC    410-358-3600 MD with account number 5466160218300026.

You can assist me with this investigation for $500.00 by promptly reviewing, completing, and returning this information to my attention. If I have not received your valuable response within 10 days of your receipt of this letter, I will assume the charge is correct and rebill your account.

The merchant who processed the charge you are questioning normally deals in mail/telephone order merchandise. A signed sales slip is not available for this transaction as these merchants submit transactions electronically.

"I did not authorize, nor did I authorize anyone else to make this charge."

To ensure that I can properly process your inquiry, please promptly sign and return this document.

Signature _Arlene Syetta_    Date _3-16-02_

A conditional credit has been placed on your account while I continue to investigate this matter on your behalf. Please respond within the next 10 days to: P.O. Box 6035, The Lakes, NV 89163-6035.

Sincerely,

S. Larson
S. Larson
Customer Service
Enc.
/ADVNMP--------/L1/NV/PH/BT/0001//4180-12MAR02/01253

FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE

CONFIDENTIAL
GP0042

A member of citi



```
Citi(R) Cards
P.O. Box 6035
The Lakes, NV  89163-6035
```

220841142300

March 12, 2002

NEVADA
MAR 21 2002
MAIL OPENING

ARLENE SYETTA
731 WENWOOD DR
EAST MEADOW NY
11554-4941

ACCOUNT NUMBER
5466160218300026

Dear ARLENE SYETTA:

Thank you for contacting our Customer Service Center. I am writing in response to your inquiry about the transaction dated 28-JAN-02 in the amount of $500.00 made at POLK AUDIO INC    410-358-3600 MD with account number 5466160218300026.

You can assist me with this investigation for $500.00 by promptly reviewing, completing, and returning this information to my attention. If I have not received your valuable response within 10 days of your receipt of this letter, I will assume the charge is correct and rebill your account.

The merchant who processed the charge you are questioning normally deals in mail/telephone order merchandise. A signed sales slip is not available for this transaction as these merchants submit transactions electronically.

"I did not authorize, nor did I authorize anyone else to make this charge."

To ensure that I can properly process your inquiry, please promptly sign and return this document.

Signature _Arlene Syetta_____ Date _3-16-02_____

A conditional credit has been placed on your account while I continue to investigate this matter on your behalf. Please respond within the next 10 days to: P.O. Box 6035, The Lakes, NV 89163-6035.

Sincerely,

S. Larson
S. Larson
Customer Service
Enc.
/ADVNMP--------/L1/NV/PH/BT/0001//4180-12MAR02/01253



FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE

CONFIDENTIAL
GP0043

A member of citi