# EXHIBIT G

```
Dear Customer

On 01/Mar/2001, we received a package(s) for you from:
Shipper Name                    Control #        COD Amount           PTN
AUDIO VIDEO CREATIONS           2110-P223-0058                        17823W860310088211

We are unable to complete delivery because:
 RECEIVER NOT IN, 3RD DELIVERY ATTEMPT

*************************************************    To:
* Please telephone us at 1-800-877-1719          *    CHRIS TUCKER
* from aa to pm, Monday through Friday           *    229 PDCC RD
* to provide delivery instructions.              *    REISTERTOWN MD 21136
*                                                *
* If we do not hear from you by 02/Mar/2001,     *
* We must return the package(s) to the sender.   *
*************************************************

                           Thank You.
21136
```

CONFIDENTIAL
PA00317

**AUDIO VIDEO CREATIONS**
999 Northern Blvd.
MANHASSET, NEW YORK 11030

(516) 365-4434
FAX (516) 365-6285

**INVOICE**

TO: Alpha

DATE: 7/19/99
ORDER NO.: 410 289 1077

SHIP TO:
Stephen De Martin
25 No. Philadelphia St.
Ocean City, MD 21842

| SALESPERSON | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS | |
|---|---|---|---|---|---|
| MS | | | | | |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL | |
|---|---|---|---|---|
| 1 pr. | Polk M5 AW white | | 258 | 60 |
| | ship | | 13 | 00 |
| | | | 271 | 60 |

THANK YOU