# EXHIBIT H

RECEIVED APR - 7 2003

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| POLK AUDIO, INC.<br><br>Plaintiff<br><br>v.<br><br>AUDIO VIDEO CREATIONS, INC.,<br>Defendant. | Case No.: WMN-02-3133 |

### DECLARATION OF MARK J. RICHARDS

I, Mark J. Richards, under penalty of perjury hereby state and declare as follows:

1. I am over eighteen years of age, have personal knowledge of the matters set forth herein, and could testify competently thereto if called upon to do so.

2. I am Regional Sales Manager for Polk Audio, Inc., the Plaintiff herein ("Polk Audio"). The territory for which I am responsible includes the State of New York, where Audio Video Creations, Inc., a Defendant herein ("AVC"), is located.

3. During the period between November 1998 and February 2002, when AVC was an authorized dealer of Polk Audio products, I had responsibility for the AVC account.

4. Beginning in or about the summer of 1999, AVC was often delinquent in paying Polk Audio's invoices. For this reason, in or about June 2000 Polk Audio proposed to fill AVC's orders on a cash-on-delivery basis. In or about August 2000, Steve Javaherian refused to accept shipments from Polk Audio on a cash-on-delivery basis.

5. To avoid termination of AVC's Dealer Agreement by Polk Audio, during a telephone conversation with me on or about August 14, 2000, Mark Syetta authorized Polk Audio to charge his own credit card for all Polk Audio products to be ordered by AVC from that

APR 03 '03 14:19 FR PIPER RUDNICK LLP    410 576 5052 TO 11240#19622#66#1  P.03/03

moment on. I later learned that the credit card in question was No. 5466 1602 1830 0026 (expiration date May 2004). During our telephone conversation on August 14, 2000, Mark Syetta stated that he wished to use that specific credit card because he would get the benefits of a membership rewards program associated with the card.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2003.

Mark J. Richards

- 2 -