# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Northern Division Address



April 16, 2003

Alfred L. Scanlan, Jr., Esquire
7th Fl, Scarlett Place
Baltimore, MD 21202

Re    Case No. WMN-02-3133

Dear Counsel/Party

The Clerk received your Motion for Leave to File Surreply on April 16, 2003 ; however, it is deficient in the area(s) checked below and is being returned to you.

**Failure to meet requirements of Local Rules 101 & 102:**
☐ Member of Bar of this Court has not signed pleading.
☐ Proper Person - out of state - must furnish Court with memo of location in Maryland where notices, etc. may be served.
☐ Corporation may not represent itself through its officers.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
☐ Discovery motions, responses and replies to motions must be filed with original and two copies.
☐ Depositions not to be filed unless in support of a motion.
☐ Discovery material received.
☐ Motion to Compel filed - not in accordance with Local Rule 104.8.
☐ Discovery motion filed - not in accordance with Local Rule 104.7.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**
☐ Certificate of Service not affixed to pleading.
☐ Certificate of Service not dated.
☐ Certificate of Service not signed.
☐ Attachments or exhibits missing.
☐ Pleadings must be filed on 8½" x 11" paper (this includes exhibits and attachments; please reduce accordingly).

**Miscellaneous:**
☐ Pleading does not contain original signature(s).
☐ Pleading pertains to more than one file. Original and appropriate copies required for each file unless cases consolidated for all purposes.
☐ Incorrect caption or civil action number. Unable to match with case.
☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
☒ Pleading or paper must be filed electronically.
☒ Other.  Second Time: First ECF/ Warning Letter was mailed to Alfred L. Scanlan, Jr. on 03/28/03

Very truly yours,

William M. Nickerson
United States District Judge

cc: Other counsel/party

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov