UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND - NORTHERN

| | |
|---|---|
| POLK AUDIO, INC.<br><br>    Plaintiff<br><br>v.<br><br>AUDIO VIDEO CREATIONS, INC.<br><br>    Defendant | Civil Action No.  WMN-02-3133 |

## ORDER

UPON CONSIDERATION of Motion of Defendant, Audio Video Creations, Inc. for Leave to File a Surreply Memorandum to Plaintiffs' Reply memorandum to Defendant's Opposition to Plaintiff's Motion to File First Amended Complaint, and any Opposition thereto, it is this ____ day of _____, 2003, by the United States District Court for the District of Maryland hereby ORDERED:

   1.   That the Motion of Defendant Audio Video Creation, Inc. for Leave to File a Surreply Memorandum to Plaintiffs' Reply memorandum to Defendant's Opposition to Plaintiff's Motion to File First Amended Complaint is **GRANTED..**

                                                                    _____
                                                                    Hon. William N. Nickerson

Copies to:

Alfred L. Scanlan, Jr.
Eccleston and Wolf, P.C.
7th Floor, Scarlett Place
729 East Pratt Street
Baltimore, Maryland 21202

Michael F. Brockmeyer, Esquire
Jay I. Morstein, Esquire
Paolo Morante, Esquire
Piper Marbury Rudnick & Wolfe, LLP
Baltimore Mt. Washington Office
6225 Smith Avenue
Baltimore, Maryland 21209