UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

POLK AUDIO, INC.

    Plaintiff

v.

AUDIO VIDEO CREATIONS, INC.

    Defendant

Civil Action No. WMN-02-3133

### NOTICE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that on this 5th day of May, 2003, Defendant Audio Video Creations, Inc. served its Answers to Interrogatories as well as a copy of this Notice of Service of Discovery, by first class mail, postage prepaid to:

    Michael F. Brockmeyer, Esquire
    Jay I. Morstein, Esquire
    Paolo Morante, Esquire
    Piper Marbury Rudnick & Wolfe, LLP
    Baltimore Mt. Washington Office
    6225 Smith Avenue
    Baltimore, Maryland 21209

    Steve Javaherian
    999 Northern Boulevard
    Manhasset, NY 11030

The original documents will be retained in my possession, without alteration, until this matter is concluded in this Court.

Respectfully submitted by:

_____
Alfred L. Scanlan, Jr. (Fed Bar No. 00262)
Eccleston & Wolf, P.C.
7th Floor - Scarlett Place
729 East Pratt Street
Baltimore, MD 21202
(410) 752-7474
*Attorneys for Defendant,*
Capital Audio Electronics, Inc.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 5th day of May 2003 that a copy of the aforegoing Notice of Service of Discovery was mailed, postage prepaid to:

Michael F. Brockmeyer, Esquire
Jay I. Morstein, Esquire
Paolo Morante, Esquire
Piper Marbury Rudnick & Wolfe, LLP
Baltimore Mt. Washington Office
6225 Smith Avenue
Baltimore, Maryland 21209

Steve Javaherian
999 Northern Boulevard
Manhasset, NY 11030

_____
Alfred L. Scanlan, Jr. (Fed. Bar No. 00262)